IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Quicksilver Resources Inc., *et al.*,[1] | ) Case No. 15-10585 (LSS) |
| Debtors. | ) Jointly Administered |
| | ) **Hearing Date: TBD** |
| | ) **Objection Deadline: TBD** |
| | ) **Related Docket No. 158** |

**MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS TO FILE UNDER SEAL (I) AN
UNREDACTED VERSION OF ITS OBJECTION TO DEBTORS' MOTION FOR
ORDER AUTHORIZING THE DEBTORS TO ENTER INTO AN AGREEMENT WITH
ENI PETROLEUM US LLC AND (II) EXHIBITS A, B AND C TO THE OBJECTION**

The Official Committee of Unsecured Creditors (the "Committee") of Quicksilver Resources, Inc., *et al.* (collectively, the "Debtors"), by and through its proposed undersigned counsel, hereby files the *Motion for Entry of an Order Authorizing the Official Committee of Unsecured Creditors to File Under Seal (I) An Unredacted Version of Its Objection to Debtors' Motion for Order Authorizing the Debtors to Enter Into an Agreement with ENI Petroleum US LLC and (II) Exhibits A, B and C to the Objection* (the "Motion"), seeking an order authorizing the Committee to file under seal an unredacted version of the *Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Order Authorizing the Debtors to Enter into an Agreement with Eni Petroleum US LLC* (the "Objection") and exhibits A, B and C to the Objection. In support of the Motion, the Committee respectfully represents as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

## JURISDICTION AND VENUE

1. The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware* dated as of February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution.[2] Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicates for the relief sought herein are section 107(b) of title 11 of the United States Code, 11 U.S.C. § 101, *et seq.* (as amended or modified, the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), and Local Rule 9018-1.

## BACKGROUND

3. On March 17, 2015, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code commencing the above-captioned cases (the "Chapter 11 Cases") in the Court. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108. No trustee or examiner has been appointed in these Chapter 11 Cases.

4. On March 25, 2015, the the Office of the United States Trustee (the "U.S. Trustee") appointed the Committee.

5. On April 6, 2015, the Debtors filed the *Debtors' Motion for an Order Authorizing the Debtors to Enter into an Agreement with ENI Petroleum US LLC* [D.I. 158] (the "JEA

---

[2] Pursuant to Rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the Committee hereby confirms its consent to entry of a final order by this Court in connection with this Motion if it is later determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Amendment Motion") seeking, among other things, an order approving an amendment dated April 2, 2015 (the "Proposed 2015 Amendment") to the Joint Exploration Agreement entered into between Quicksilver Resources, Inc. and Eni Petroleum US LLC (the "JEA").

6. The Committee filed the Objection and exhibits A, B and C which include the JEA and certain prior amendments thereto (the "Prior Amendments") as restricted documents contemporaneously herewith. As more fully discussed in the Objection, the Committee objects to the JEA Amendment Motion on the grounds that the Debtors have not stated a proper business justification for approval of the Proposed 2015 Amendment. The Debtors originally provided the JEA and the Prior Amendments contained in exhibits A, B and C to the Objection to the Committee and requested that these materials be treated as confidential and designated such documents as "professional eyes only". The Objection makes detailed reference to the JEA and the Prior Amendments, and the Debtors have requested that the Committee files the JEA and the Prior Amendments under seal. While the Committee takes no position with respect to whether such materials are confidential, the Committee has agreed to the Debtors' request and accordingly files this Motion to obtain authority to file under seal unredacted versions of the Objection and exhibits A, B and C.

## RELIEF REQUESTED

7. By this Motion, the Committee seeks entry of an order, substantially in the form filed with this Motion, authorizing the Committee to file under seal (i) an unredacted version of its Objection and (ii) exhibits A, B and C to the Objection. The Committee also seeks an order directing that the unredacted versions of the Objection and the sealed exhibits not be made available to anyone except the Court, the U.S. Trustee, the Debtors and other persons upon further order of the Court.

8. As noted above, the Debtors have designated the JEA and the Prior Amendments as confidential information designated as "professional eyes only". Pursuant to the Court's CM/ECF procedures, the Committee will file redacted versions of the Objection and exhibits A, B and C, and the sealed documents will only be provided only to the Court, the U.S. Trustee, the Debtors and other persons upon further order of the Court. The Committee filed the Objection and exhibits A, B and C separately as restricted documents in accordance with the Court's CM/ECF procedures.

## NOTICE AND NO PRIOR REQUEST

9. Notice of this Motion has been given to the following parties, or their counsel if known: (i) the Debtors, (ii) the U.S. Trustee, and (iii) all parties who have requested notice pursuant to Bankruptcy Rule 2002. The Committee submits that no further or other notice need be given.

10. No previous request for the relief sought herein has been made by the Committee to this or any other court.

WHEREFORE, the Committee respectfully requests an order, substantially in the form attached hereto, (i) authorizing the filing under seal of the Objection, (ii) authorizing the filing under seal of exhibits A, B and C to the Objection, and (iii) granting such further relief as is just and proper.

Dated: April 20, 2015
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Joseph Wright*

Richard S. Cobb (No. 3157)
Matthew B. McGuire (No. 4366)
Joseph D. Wright (No. 5669)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: cobb@lrclaw.com
       mcguire@lrclaw.com
       wright@lrclaw.com

-and-

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Andrew N. Rosenberg
Maria T. Vullo
Elizabeth McColm
Adam M. Denhoff
Holly A. VanderSluis
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
E-mail: arosenberg@paulweiss.com
       mvullo@paulweiss.com
       emccolm@paulweiss.com
       adenhoff@paulweiss.com
       hvandersluis@paulweiss.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*