## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------  x
                                                  :
In re:                                            :        Chapter 11
                                                  :
QUICKSILVER RESOURCES INC., et al.,               :        Case No. 15-10585 (LSS)
                                                  :
                                                  :        Jointly Administered
                            Debtors.1             :
------------------------------------------------  x
```

## VERIFIED STATEMENT PURSUANT TO
## BANKRUPTCY RULE 2019

Milbank, Tweed, Hadley & McCloy LLP ("Counsel") hereby makes the following

verified statement (the "Verified Statement") pursuant to rule 2019 of the Federal Rules of

Bankruptcy Procedure ("Bankruptcy Rule 2019") in connection with Counsel's representation of

an ad hoc group (the "Ad Hoc Group of Second Lienholders") of (i) certain lenders ("Second

Lien Lenders") under the Second Lien Credit Agreement ("Second Lien Credit Agreement", and

the loans thereunder, "Second Lien Loans"), dated as of June 21, 2013, among Quicksilver

Resources Inc. ("Quicksilver" and together with its debtor subsidiaries, the "Debtors"), the

lenders from time to time party thereto, Credit Suisse AG as administrative agent, and (ii) certain

holders ("Second Lien Noteholders" and together with Second Lien Lenders, "Second

Lienholders") of the notes ("Second Lien Notes") issued by Quicksilver pursuant to the second

lien indenture ("Second Lien Indenture" and together with the Second Lien Credit Agreement

and Second Lien Notes, the "Second Lien Documents"), dated as of June 21, 2013, among

---

1       The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax
identification number, are: Quicksilver Resources Inc. [6163], Barnett Shale Operating LLC [0257], Cowtown
Drilling, Inc. [8899], Cowtown Gas Processing L.P. [1404], Cowtown Pipeline Funding, Inc. [9774], Cowtown
Pipeline L.P. [9769], Cowtown Pipeline Management, Inc. [9771], Makarios Resources International Holdings LLC
[1765], Makarios Resources International Inc. [7612], QPP Holdings LLC [0057], QPP Parent LLC [8748],
Quicksilver Production Partners GP LLC [2701], Quicksilver Production Partners LP [9129], and Silver Stream
Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas
76102.

Quicksilver, The Bank of New York Mellon Trust Company, National Association as indenture trustee:

1.       In or around November 2014, certain Second Lienholders retained Counsel, and in March 2015 the Ad Hoc Group of Second Lienholders retained Young Conaway Stargatt & Taylor, LLP to represent them with respect to the Second Lien Documents.  From time to time thereafter, additional lenders under the Second Lien Credit Agreement and holders of the Second Lien Notes have joined the Ad Hoc Group of Second Lienholders.

2.       As of the date of this Verified Statement, Counsel represents only the Ad Hoc Group of Second Lienholders and does not represent or purport to represent any entities other than the Ad Hoc Group of Second Lienholders in connection with the Debtors' chapter 11 cases.  In addition, the Ad Hoc Group of Second Lienholders does not represent or purport to represent any other entities in connection with the Debtors' chapter 11 cases.

3.       The members of the Ad Hoc Group of Second Lienholders hold disclosable economic interests or act as investment managers or advisors to funds and/or accounts that hold disclosable economic interests in relation to the Debtors.  In accordance with Bankruptcy Rule 2019 and based upon information provided to Counsel by each member of the Ad Hoc Group of Second Lienholders, attached hereto as Exhibit A is a list of the names, addresses, and the nature and amount of all disclosable economic interests of each present member of the Ad Hoc Group of Second Lienholders in relation to the Debtors as of the petition date of the Debtors' cases.

4.       Nothing contained in this Verified Statement (or the exhibit hereto) should be construed as a limitation upon, or waiver of, any rights of any member of the Ad Hoc Group of Second Lienholders to assert, file, and/or amend any claim or proof of claim filed in accordance with applicable law and any orders entered in these cases.

01:17013236.1

5.      Counsel reserves the right to amend this Verified Statement as necessary in accordance with the requirements set forth in Bankruptcy Rule 2019.

Dated:  April 24, 2015

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kara Hammond Coyle*
Michael R. Nestor (DE No. 3526)
Kara Hammond Coyle (DE No. 4410)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

- and -

MILBANK, TWEED, HADLEY & M$^c$CLOY LLP
Dennis F. Dunne
Samuel A. Khalil
Brian Kinney
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

*Counsel for the Ad Hoc Group of Second Lienholders*

**<u>EXHIBIT A</u>**

| NAME[2] | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTERESTS[3] |
|---|---|---|
| Carlson Capital, L.P. | 2100 McKinney Avenue, Suite 1800 Dallas, TX 75201 | First Lien Revolver:     $60,718,302<br>Second Lien Loans:       $7,500,000<br>Second Lien Notes:       $10,000,000<br>Common Stock:            1,000,000 shares |
| Goldman Sachs & Co. | 180 Maiden Lane New York, NY 10038 | Second Lien Loans:       $8,000,000<br>Second Lien Notes:       $0 |
| Monarch Alternative Capital LP | 535 Madison Ave New York, NY 10022 | Second Lien Loans:       $149,975,000<br>Second Lien Notes:       $22,250,000 |
| Oaktree Capital Management, L.P. | 333 S. Grand Avenue, #2800 Los Angeles, CA 90071 | Second Lien Loans:       $32,000,000<br>Second Lien Notes:       $0 |
| OFI Global Asset Management, Inc. | 225 Liberty Street New York, NY 10281 | Second Lien Loans:       $105, 943, 500<br>Second Lien Notes:       $0 |
| OFI Global Institutional, Inc. | 225 Liberty Street New York, NY 10281 | Second Lien Loans:       $536,500<br>Second Lien Notes:       $0 |
| Western Asset Management Company | 385 East Colorado Boulevard Pasadena, CA 91101 | Second Lien Loans:       $55,697,929<br>Second Lien Notes:       $0 |
| Whippoorwill Associates | 11 Martine Avenue White Plains, NY 10606 | Second Lien Loans:       $5,286,560<br>Second Lien Notes:       $3,000,000 |

---

[2]     Each entity on this Exhibit A is listed solely in its capacity as agent for certain investment funds and accounts or their respective subsidiaries that hold disclosable economic interest in the Debtors.

[3]     To the best of Counsel's knowledge, the information included herein is accurate as of March 17, 2015.  The amounts set forth herein include only outstanding principal and do not include accrued or unpaid interest or other amounts that may be owing under the applicable debt documents.  Certain figures may reflect trades that were entered into, but not closed, as of March 17.