IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| Quicksilver Resources Inc., <u>et al.</u>,[1] | Case No. 15-10585 (LSS) |
| Debtors. | |
|  | Bid Proc. Hearing: Oct. 6, 2015 at 10:00 a.m. (EDT) |
|  | Bid Proc. Obj. Deadline: Sep. 29, 2015 at 4:00 p.m. (EDT) |

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on September 17, 2015 the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") filed the *Debtors' Motion for (I) an Order Establishing Bidding Procedures and Granting Related Relief and (II) an Order or Orders Approving the Sale of the Assets* (the "<u>Motion</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Motion, the Debtors are seeking entry of an order (the "<u>Bidding Procedures Order</u>"), (i) approving the proposed bidding procedures (the "<u>Bidding Procedures</u>") by which the Debtors will solicit and select the highest or otherwise best offer for the sale of substantially all or a portion of their assets (the "<u>Assets</u>") through one or more sales of the Assets (each, a "<u>Sale Transaction</u>" or "<u>Sale</u>"); (ii) establishing procedures for the assumption and assignment of executory contracts and unexpired leases,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. ("<u>Quicksilver</u>") [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

including notice of proposed cure amounts (the "Assumption and Assignment Procedures"); (iii) approving the form and manner of notice with respect to certain procedures, protections, schedules, and agreements described herein and attached hereto; (iv) scheduling (a) a hearing (the "Stalking Horse Hearing"), on expedited notice, to approve the Debtors' selection of one or more stalking horse bidders (each a "Stalking Horse Bidder"), if any, and the provision of Bid Protections (as defined in the Motion) to such Stalking Horse Bidder, if necessary; (b) an auction (the "Auction") if the Debtors receive two or more timely and acceptable Qualified Bids (as defined in the Motion); and (c) a final hearing (the "Sale Hearing") to approve one or more Sales of the Assets; and (v) granting related relief.  The Debtors further request that, at the Sale Hearing, the Bankruptcy Court enter an order or orders (each, a "Sale Order"), which will be filed before the Sale Hearing, (i) authorizing the sale of the Assets free and clear of liens, claims, interests, and encumbrances (collectively, the "Interests"); (ii) authorizing the assumption and assignment of certain executory contracts and unexpired leases; and (iii) granting related relief.

PLEASE TAKE FURTHER NOTICE that a hearing to consider entry of the **Bidding Procedures Order only** will be held before The Honorable Laurie Selber Silverstein, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 N. Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19081 on **October 6, 2015 at 10:00 a.m.** (**EDT**).

PLEASE TAKE FURTHER NOTICE that any responses or objections to the entry of the **Bidding Procedures Order only** must be in writing, filed with the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for the Debtors on or before **September 29, 2015 at 4:00 p.m.** (**EDT**).

RLF1 12987474v.1

PLEASE TAKE FURTHER NOTICE that the remaining relief requested in the Motion, including, among other things, entry of a Sale Order, shall be considered at the Sale Hearing, to be scheduled by the Bankruptcy Court upon its entry of the Bidding Procedures Order.

**IF NO OBJECTIONS TO ENTRY OF THE BIDDING PROCEDURES ORDER ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY ENTER SUCH ORDER WITHOUT FURTHER NOTICE OR HEARING.**

Wilmington, Delaware
Date: September 17, 2015

/s/ Amanda R. Steele
**RICHARDS, LAYTON & FINGER, P.A**.
Paul N. Heath (DE 3704)
Amanda R. Steele (DE 5530)
Rachel L. Biblo (DE 6012)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

– and –

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Charles R. Gibbs (admitted *pro hac vice*)
Sarah Link Schultz (admitted *pro hac vice*)
Sarah J. Crow (*pro hac vice* admission pending)
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone:  (214) 969-2800
Facsimile:  (214) 969-4343

Ashleigh L. Blaylock (admitted *pro hac vice*)
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Telephone:  (202) 887-4000
Facsimile:  (202) 887-4288

**COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**

4

RLF1 12987474v.1