## Exhibit D

**Publication Notice**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Quicksilver Resources Inc., <u>et al.</u>,[1] | ) ) ) | Case No. 15-10585 (LSS) |
| Debtors. | ) ) ) | Jointly Administered |

**NOTICE OF POTENTIAL STALKING HORSE HEARING, BID DEADLINE,
AUCTION AND SALE HEARING**

PLEASE TAKE NOTICE that on March 17, 2015, the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "<u>Debtors</u>") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE that, on September 17, 2015, the Debtors filed a motion (the "<u>Motion</u>")[2] with the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>") seeking, among other things, entry of an order (the "<u>Bidding Procedures Order</u>"): (i) approving proposed bidding procedures (the "<u>Bidding Procedures</u>") by which the Debtors will solicit and select the highest or otherwise best offer for the sale of substantially all or a portion of their assets (the "<u>Assets</u>") through one or more sales of the Assets (each, a "<u>Sale Transaction</u>" or "<u>Sale</u>"); (ii) establishing procedures for the assumption and assignment of executory contracts and unexpired leases, including notice of proposed cure amounts (the "<u>Assumption and Assignment Procedures</u>"); (iii) approving the form and manner of notice with respect to certain procedures, protections, schedules, and agreements described herein and attached hereto; (iv) scheduling (a) a hearing (the "<u>Stalking Horse Hearing</u>"), on expedited notice, to approve the Debtors' selection of one or more stalking horse bidders (each a "<u>Stalking Horse Bidder</u>"), if any, and the provision of Bid Protections (as defined below) to any such Stalking Horse Bidder, if necessary; (b) an auction (the "<u>Auction</u>") if the Debtors receive one or more timely and acceptable Qualified Bids (as defined below); and (c) a final hearing (the "<u>Sale Hearing</u>") to approve one or more Sales of the Assets; and (v) granting related relief.  On October [__], 2015, the Bankruptcy Court entered the Bidding Procedures Order [D.I. __].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Quicksilver Resources Inc. ("<u>Quicksilver</u>") [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384].  The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

1) <u>STALKING HORSE AGREEMENT AND HEARING</u>

Pursuant to the Bidding Procedures Order, the Debtors are authorized to enter into one or more agreements (each, a "<u>Stalking Horse Agreement</u>") with one or more Stalking Horse Bidders regarding the Sale Transaction. In the event the Debtors enter into a Stalking Horse Agreement, the Debtors will, **on no less than seven (7) days' notice of the Stalking Horse Hearing,** (i) file and serve notice of the designation of the proposed Stalking Horse Bidders and the proposed Stalking Horse Agreements on the entities on the Rule 2002 Notice List, all parties expressing interest in the Assets, and all parties holding liens on the Assets, and (ii) seek expedited approval at the Stalking Horse Hearing of their entry into such agreement and any Bid Protections included therein together with the terms and conditions under which such Bid Protections would be payable to the Stalking Horse Bidder.

2) <u>AUCTION</u>

Pursuant to the Bidding Procedures Order, if the Debtors receive two or more timely and acceptable Qualified Bids for the same Assets, the Debtors will conduct the Auction on **December 9, 2015 at 10:00 a.m. (prevailing Central Time)** at the offices of co-counsel for the Debtors, Akin Gump Strauss Hauer & Feld LLP, 1700 Pacific Ave., Suite 4100, Dallas, Texas 75201, or such other place and time as the Debtors shall notify all Qualified Bidders and the Consultation Parties. Any party that wishes to take part in this process and submit a bid for the Assets must submit its Bid by **November 30, 2015 at 5:00 p.m. (prevailing Eastern Time)** (the "<u>Bid Deadline</u>") and in accordance with the Bidding Procedures. Only the Debtors, the Consultation Parties, the Stalking Horse Bidder(s) (if any), any other Qualified Bidder and/or other party as the Debtors may determine to include in their discretion, in each case, along with their representatives and advisors, shall be entitled to attend the Auction (such attendance to be in person) and only Qualified Bidders will be entitled to make any Overbids at the Auction. The Debtors have the right to adjourn or cancel the Auction at or prior to the Auction. **All interested or potentially affected parties should carefully read the Bidding Procedures and the Bidding Procedures Order.**

3) <u>SALE HEARING</u>

**The Sale Hearing to consider approval of the sale of the Assets to the Successful Bidder(s) at the Auction, <u>free and clear of all liens, claims, interests, and encumbrances</u> in accordance with Bankruptcy Code section 363(f), will be held before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801 on December 14, 2015 at 10:00 a.m. (prevailing Eastern Time).** Objections to the Sales(s), if any, must be filed and served so as to be actually received by the Objection Recipients no later than **December 2, 2015 at 4:00 p.m. (prevailing Eastern Time)**. The Objection Recipients are: (i) the Debtors, Quicksilver Resources Inc., 801 Cherry St., Suite 3700, Unit 19, Fort Worth, TX 76102, Attn: Vanessa Gomez LaGatta, CFO; (ii) co-counsel for the Debtors, Akin Gump Strauss Hauer & Feld LLP, 1700 Pacific Avenue, Suite 4100, Dallas, TX 75201, Attn: Sarah Link Schultz, Esq. and Ashleigh L. Blaylock, Esq.; (iii) co-counsel for the Debtors, Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801, Attn: Paul N. Heath, Esq. and Amanda R. Steele, Esq.; (iv) co-counsel for the Committee, Paul, Weiss, Rifkind,

Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019, Attn: Andrew N. Rosenberg, Esq. and Elizabeth McColm, Esq.; (v) co-counsel for the Committee, Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801, Attn: Richard S. Cobb, Esq. and Matthew McGuire, Esq.; (vi) counsel for the First Lien Agent, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, NY 10017, Attn: Steven M. Fuhrman, Esq.; (vii) counsel for the Second Lien Agent, Latham & Watkins LLP, 885 Third Avenue, Suite 1000, New York, NY 10022, Attn: Mitchell A. Seider, Esq. and David Hammerman, Esq.; (viii) counsel for the Second Lien Indenture Trustee, Emmet, Marvin & Martin LLP, 120 Broadway, 32nd Floor, New York, NY 10271, Attn: Edward P. Zujkowski, Esq. and Thomas Pitta, Esq.; (ix) counsel for the Ad Hoc Group of Second Lienholders, Milbank, Tweed, Hadley & McCloy LLP, 28 Liberty Street, New York, NY 10005, Attn: Dennis F. Dunne, Esq. and Samuel A. Khalil, Esq.; (x) the U.S. Trustee, 844 King Street, Suite 2207, Wilmington, DE 19801, Attn. Jane Leamy, Esq.; (xi) if applicable, counsel to any Stalking Horse Bidder(s) or Successful Bidder(s) if known on the Sale Objection Deadline; (xii) entities on the Rule 2002 Notice List.

**PLEASE TAKE FURTHER NOTICE THAT UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE, IT MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT AND THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER HEARING AND NOTICE.**

4) <u>COPIES OF THE MOTION AND BIDDING PROCEDURES ORDER</u>

This Notice of Potential Stalking Horse Hearing, Bid Deadline, Auction and Sale Hearing is subject to the terms and conditions of the Motion and the Bidding Procedures Order, with such Bidding Procedures Order controlling in the event of any conflict, and the Debtors encourage parties in interest to review such documents in their entirety. Parties interested in receiving more information regarding the sale of the Assets and/or copies of any related document, including the Motion or the Bidding Procedures Order, may make a written request to: co-counsel for the Debtors, Akin Gump Strauss Hauer & Feld LLP, 1700 Pacific Avenue, Suite 4100, Dallas, TX 75201, Attn: Sarah Link Schultz, Esq. and Ashleigh L. Blaylock, Esq. In addition, copies of the Motion, the Bidding Procedures Order and this Notice may be examined by interested parties (i) free of charge at the website established for these chapter 11 cases by the Debtors' Court approved claims agent, Garden City Group LLC, at www.gardencitygroup.com/cases/kwk, or (ii) on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the Internet at www.deb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov).