**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Quicksilver Resources Inc., <u>et al.</u>,[1] | ) ) ) | Case No. 15-10585 (LSS) |
| Debtors. | ) ) ) | Jointly Administered<br>**Re: Docket Nos. 636 & 681** |

## NOTICE OF MODIFIED SALE PROCESS DATES

PLEASE TAKE NOTICE that on March 17, 2015, the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "<u>Debtors</u>") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") in the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>").

PLEASE TAKE FURTHER NOTICE that, on September 17, 2015, the Debtors filed a motion (the "<u>Motion</u>")[2] seeking, among other things, entry of an order (the "<u>Bidding Procedures Order</u>"): (i) approving proposed bidding procedures (the "<u>Bidding Procedures</u>") by which the Debtors will solicit and select the highest or otherwise best offer for the sale of substantially all or a portion of their assets (the "<u>Assets</u>") through one or more sales of the Assets (each, a "<u>Sale Transaction</u>"); (ii) establishing procedures for the assumption and assignment of executory contracts and unexpired leases, including notice of proposed cure amounts; (iii) approving the form and manner of notice with respect to certain procedures, protections, schedules, and agreements described herein and attached hereto; (iv) scheduling (a) a hearing, on expedited notice, to approve the Debtors' selection of one or more stalking horse bidders, if any, and the provision of Bid Protections to any such stalking horse bidder, if necessary; (b) an auction (the "<u>Auction</u>") if the Debtors receive two or more timely and acceptable Qualified Bids; and (c) a final hearing (the "<u>Sale Hearing</u>") to approve one or more Sales of the Assets; and (v) granting related relief.

PLEASE TAKE FURTHER NOTICE that, on October 6, 2015, the Court entered the Bidding Procedures Order [D.I. 681]. The Bidding Procedures Order approved the following dates related to any Sale Transaction (the "<u>Sale Process Dates</u>"): (i) November 16, 2015 as the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. ("<u>Quicksilver</u>") [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

RLF1 13274005v.1

deadline for the Debtors to file with the Court and post on the Case Website the Notice of Assumption and Assignment and Designated Contracts List (the "Assumption and Assignment Service Date"); (ii) November 30, 2015 at 5:00 p.m. (prevailing Eastern Time) as the deadline for bidders to submit bids (the "Bid Deadline"); (iii) December 1, 2015 as the deadline for the Debtors to enter into a Stalking Horse Agreement, subject to higher or otherwise better offers at the Auction (the "Stalking Horse Selection Deadline"); (iv) December 2, 2015 at 4:00 p.m. (prevailing Eastern Time) as the deadline for filing objections, if any, to any Sale Transaction (the "Sale Objection Deadline"); (v) December 9, 2015 at 10:00 a.m. (prevailing Central Time) as the date and time for the Auction, if any; (vi) December 11, 2015 at 12:00 p.m. (prevailing Eastern Time) as the deadline to file replies to any Sale Objection or Designated Contract Objection (the "Reply Deadline"); and (vii) December 14, 2015 at 10:00 a.m. (prevailing Eastern Time) as the date and time for the Sale Hearing.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding Procedures Order, the Debtors are authorized to (i) modify (in consultation with the Consultation Parties) the Bidding Procedures as an exercise of the Debtors' fiduciary duties and for the purpose of maximizing value for their estates from the sale process and (ii) require Diligence Parties to submit written indications of interest ("Indications of Interest") specifying, among other things, the Assets proposed to be acquired, the amount and type of consideration to be offered, and any other material terms to be included in a bid by such party.

PLEASE TAKE FURTHER NOTICE that the Debtors, in an exercise of their rights pursuant to the Bidding Procedures Order, and having consulted with the Consultation Parties as appropriate, have modified the Sale Process Dates and set a deadline for the submission of Indications of Interest (the "Initial Indications of Interest Deadline" and, together with the other dates set forth below, the "Modified Sale Process Dates") as follows:

| **Modified Sale Process Dates** | |
| --- | --- |
| December 8, 2015 at 5:00 p.m. (prevailing Eastern Time) | **Initial Indications of Interest Deadline** |
| No later than December 15, 2015 | **Assumption and Assignment Service Date** |
| January 11, 2016 at 5:00 p.m. (prevailing Eastern Time) | **Bid Deadline** |
| No later than January 12, 2016 | **Stalking Horse Selection Deadline** |
| January 15, 2016 at 4:00 p.m. (prevailing Eastern Time) | **Sale Objection Deadline** |
| January 20, 2016 at 10:00 a.m. (prevailing Central Time) | **Auction** |
| January 22, 2016 at 4:00 p.m. (prevailing | **Reply Deadline** |

| | |
|---|---|
| Eastern Time) | |
| January 27, 2016 at 10:00 a.m. (prevailing Eastern Time) | **Sale Hearing** |

       PLEASE TAKE FURTHER NOTICE that this Notice of Modified Sale Process Dates is subject to the terms and conditions of the Motion and the Bidding Procedures Order, with such Bidding Procedures Order controlling in the event of any conflict other than any inconsistency between the Modified Sale Process Dates and corresponding dates set forth in the Motion and the Bidding Procedures Order.  For the avoidance of doubt, the Debtors shall consult with the Consultation Parties or the Bid Consultation Parties, as applicable, with respect to any additional Modifications.

       PLEASE TAKE FURTHER NOTICE that the Debtors encourage parties in interest to review the Motion and the Bidding Procedures Order in their entirety.  Parties interested in receiving more information regarding the sale of the Assets and/or copies of any related document, including the Motion or the Bidding Procedures Order, may make a written request to:  counsel for the Debtors, Akin Gump Strauss Hauer & Feld LLP, 1700 Pacific Avenue, Suite 4100, Dallas, TX 75201, Attn: Sarah Link Schultz, Esq. and Ashleigh L. Blaylock, Esq.  In addition, copies of the Motion, the Bidding Procedures Order, and this Notice may be obtained by interested parties (i) free of charge at the website established for these chapter 11 cases by the Debtors' Court approved claims agent, Garden City Group LLC, at www.gardencitygroup.com/cases/kwk, or (ii) on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the Internet at www.deb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov).

       (Remainder of page intentionally left blank)

Wilmington, Delaware
Date: November 6, 2015            /s/ *Amanda R. Steele*

**RICHARDS, LAYTON & FINGER, P.A.**
Paul N. Heath (DE 3704)
Amanda R. Steele (DE 5530)
Rachel L. Biblo (DE 6012)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Charles R. Gibbs (admitted *pro hac vice*)
Sarah Link Schultz (admitted *pro hac vice*)
Travis A. McRoberts (DE 5274)
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

Ashleigh L. Blaylock (admitted *pro hac vice*)
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

**COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**