**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Quicksilver Resources Inc., et al.,[1] | ) | Case No. 15-10585 (LSS) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS |
| NEW CASTLE COUNTY | ) |

      Chad Corazza, being duly sworn according to law, deposes and says that he is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for Credit Suisse AG, Cayman Islands Branch and the Ad Hoc Group of Second Lienholders in the above-referenced case, and that on January 7, 2016, he caused a copy of the following document(s) to be served in the manner indicated upon the parties identified on the attached Exhibit A service list:

**Third Supplemental Verified Statement Pursuant to Bankruptcy Rule 2019 [D.I. 1024]**

                           Chad Corazza

SWORN TO AND SUBSCRIBED before me this \_\_\_\_ day of January, 2016

                           Notary Public

**ERICA A. BROYLES**
**NOTARY PUBLIC**
**STATE OF DELAWARE**
My Commission Expires July 22, 2017

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163], Barnett Shale Operating LLC [0257], Cowtown Drilling, Inc. [8899], Cowtown Gas Processing L.P. [1404], Cowtown Pipeline Funding, Inc. [9774], Cowtown Pipeline L.P. [9769], Cowtown Pipeline Management, Inc. [9771], Makarios Resources International Holdings LLC [1765], Makarios Resources International Inc. [7612], QPP Holdings LLC [0057], QPP Parent LLC [8748], Quicksilver Production Partners GP LLC [2701], Quicksilver Production Partners LP [9129], and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

01:16837248.10

# EXHIBIT A

**SERVICE LIST**
**Quicksilver Resources, Inc.**
**1/7/2016**

Daniel K. Astin, Esq.
John D. McLaughlin, Jr., Esq.
Joseph J. McMahon, Jr., Esq.
Ciardi Ciardi & Astin
1204 N. King Street
Wilmington, DE 19801
(Behringer Burnett Plaza L.P.)
*Hand Delivery*

Karen C. Bifferato, Esq.
Kelly M. Conlan, Esq.
Connolly Gallagher LLP
1000 West Street, Suite 1400
Wilmington, DE 19801
(EnLink)
*Hand Delivery*

Sharon Binger
Philadelphia Regional Office
Securities & Exchange Commission
One Penn Center
1617 JFK Blvd., Suite 520
Philadelphia, PA 19103
(Securities & Exchange Commission)
*First Class Mail*

Ashleigh L. Blaylock, Esq.
Kevin M. Eide, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Ave., NW
Washington, DC 20036
(Debtors)
*First Class Mail*

Kelly Bourassa, Esq.
Blake, Cassels & Graydon LLP
855 2nd Street SW, Suite 3500
Calgary, Alberta Canada T2P 4J8
(Administrative Agent for Combined Credit)
*First Class International*

Andrew Calamari
New York Regional Office
Securities & Exchange Commission
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281
(Securities & Exchange Commission)
*First Class Mail*

Elizabeth B. Calvo, Esq.
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
500 E. Border Street, Suite 640
Arlington, TX 76010
(City of Haslet)
*First Class Mail*

Larry Chek, Esq.
Palmer & Manuel, L.L.P.
Campbell Centre One
8350 N. Central Expressway, Suite 1111
Dallas, TX 75206
(EnLink)
*First Class Mail*

Shawm M. Christianson, Esq.
Buchalter Nemer
55 Second Street, 17th Floor
San Francisco, CA 94105-3493
(Oracle USA, Inc. and Oracle Credit Corporation)
*First Class Mail*

Corpro Inc.
Principal
Attn: Steven Bergeron
14103 Interdrive West
Houston, TX 77032
(Corpro Inc.)
*First Class Mail*

Delaware Secretary of State
Division of Corporations, Franchise Tax
Townsend Building, Suite 1
401 Federal Street
Dover, DE 19903
(Delaware Secertary of State)
*First Class Mail*

Carl Dore, Jr., Esq.
Zack S. McKay, Esq.
Dore Law Group, P.C.
17171 Park Row, Suite 160
Houston, TX 77084
(Key Energy Services, LLC)
*First Class Mail*

T Feil
BMC Group, Inc.
300 Continental  Boulevard #570
El Segundo, CA 90245
(BMC Group, Inc.)
*First Class Mail*

Richard S. Cobb, Esq.
Matthew B. McGuire, Esq.
Joseph D. Wright, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19899
(Official Committee of Unsecured Creditors)
*Hand Delivery*

Delaware Secertary of Treasury
420 Silver Lake Blvd., Suite 100
Dover, DE 19904
(Delaware Secertary of Treasury)
*First Class Mail*

John P. Dillman, Esq.
Linebarger Goggan Blair & Sampson
P.O. Box 3064
Houston, TX 77253-3064
(Fort Bend County)
*First Class Mail*

Joshua N. Eppich, Esq.
Shannon, Gracey, Ratliff & Miller, L.L.P.
901 Main Street, Suite 4600
Dallas, TX 75202
(EOG Resources, Inc.)
*First Class Mail*

Kiah T. Ford, IV, Esq.
Parker Poe Adams & Bernstein LLP
401 South Tryon Street, Suite 3000
Charlotte, NC 28202
(Texas Motor Speedway, Inc.)
*First Class Mail*

David M. Fournier, Esq.
Pepper Hamilton LLP
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19801-1709
(Crestwood Midstream Partners, LP, Cowtown Gas
Processing Partners, LP and Cowtown Pipeline
Partners)
*Hand Delivery*

Charles R. Gibbs, Esq.
Sara L. Schultz, Esq.
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201
(Debtors)
*First Class Mail*

John F. Higgins, Esq.
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, TX 77002
(ETC Katy Pipeline, Oasis, Pipeline, Trunkline Gas
Company, Energy Transfer Fuel & Houston Pipe
Line)
*First Class Mail*

Ann House
Vanessa G. Lagatta
Quicksilver Resources Inc.
801 Cherry Street, Suite 3700
Unit 19
Fort Worth, TX 76102
(Debtors)
*First Class Mail*

Internal Revenue Service
P.O. Box 12192
Covington, KY 41012
(Internal Revenue Service)
*First Class Mail*

Steven M. Fuhrman, Esq.
Kathrine A. McLendon, Esq.
Christine M. Marshall, Esq.
Simpson Thacher Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
(JPMorgan Chase Bank, N.A.)
*First Class Mail*

Lee Gordon, Esq.
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680
(Bosque County, Denton County, Erath County, Hill
County and Hill CAD County)
*First Class Mail*

Eric Holder, Esq.
Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
(U.S. Department of Justice)
*First Class Mail*

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101
(Internal Revenue Service)
*First Class Mail*

Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Philadelphia, PA 19101
(Internal Revenue Service)
*First Class Mail*

James D. Johnston, Esq.
VP, Associate General Counsel
Crestwood Midstream Partners LP
700 Louisiana, Suite 2550
Houston, TX 77002
(Crestwood Midstream Partners, LP, Cowtown Gas
Processing Partners, LP and Cowtown Pipeline
Partners)
*First Class Mail*

Samuel A. Khalil, Esq.
Dennis F. Dunne, Esq.
Milbank Tweed Hadley & McCloy LLP
28 Liberty Street
New York, NY 10005
(Credit Suisse AG, Cayman Islands Branch)
*First Class Mail*

George A. Kursiky, Jr., Esq.
Johnson DeLuca Kurisky & Gould, P.C.
4 Houstion Center
1221 Lamar, Sutie 1000
Houtson, TX 77010
(TXAM Pumps)
*First Class Mail*

Jane Leamy, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
(U.S. Trustee)
*Hand Delivery*

Jon Lurvey
Peter Laurinaitis
Blackstone Advisory Partners L.P.
The Blackstone Group
345 Park Ave.
New York, NY 10154
(Blackstone Advisory Partners L.P.)
*First Class Mail*

Laura D. Jones, Esq.
Colin R. Robinson, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(Ares Management LLC)
*Hand Delivery*

Mary A. Kilgore
Jennie L. Anderson
Union Pacific Railroad Company
1400 Douglas Street, STOP 1580
Omaha, NB 68179
(Union Pacific Railroad Company)
*First Class Mail*

Joe Latham
Goodmans LLP
Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario Canada M5H 2S7
(Canadian Counsel to Administraive Agent for Second
Lien Term Loan)
*First Class Mail*

John Little
Anthony J. Jackson
Deloitte Transactions and Business Analytics LLP
Texas Commerce Tower
2200 Ross Ave., Suite 1600
Dallas, TX 75201
(Deloitte Transactions and Business Analytics LLP)
*First Class Mail*

Ronald C. Machen, Jr., Esq.
U.S. Attorney's Office
555 4th Street, NW
Washington, DC 20530
(U.S. Attorney's Office - Washington, DC)
*First Class Mail*

Duston K. McFaul, Esq.
John E. West, Esq.
Vinson & Elkins LLP
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
(TG Barnett Resources LP)
*First Class Mail*

Stephen M. Miller, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19801-1494
(Chevron U.S.A. Inc.)
*Hand Delivery*

Holland N. O'Neil, Esq.
John P. Melko, Esq.
Evan R. Baker, Esq.
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, TX 75201
(Pinnergy Ltd.)
*First Class Mail*

Charles M. Oberly, III, Esq.
U.S. Attorney's Office
1007 Orange Street, Suite 700
Wilmington, DE 19801
(U.S. Attorney's Office - Delaware)
*Hand Delivery*

Alfredo R. Perez, Esq.
Christopher M. Lopez, Esq.
Weil, Gotshal & Manges LLP
700 Louisiana Street, Suite 1700
Houston, TX 77002-2784
(Crestwood Midstream Partners, LP, Cowtown Gas
Processing Partners, LP and Cowtown Pipeline
Partners)
*First Class Mail*

Gavin McGrane, Esq.
McGrane LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
(PacerPro, Inc.)
*First Class Mail*

Russell W. Mills, Esq.
Hiersche, Hayward, Drakeley & Urbach, P.C.
15303 Dallas Parkway, Suite 700
Addison, TX 752001
(Trinity River Energy, LLC)
*First Class Mail*

Rachel R. Obaldo, Esq.
Assistant Attorney General
Office of the Texas Attorney General
Bankruptcy & Collections Division MC 008
P.O. Box 12548
Austin, TX 78711-2548
(The Comptroller of Public Accounts of the State of
Texas)
*First Class Mail*

John R. Parker, Esq.
U.S. Attorney's Office
Burnett Plaza, Suite 1700
801 Cherry Street, Unit 4
Fort Worth, TX 76102
(U.S. Attorney's Office - Texas)
*First Class Mail*

Bill Popeo
Sandra Horwitz
Delaware Trust Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808
(Delaware Trust Company)
*First Class Mail*

Mark L. Prager, Esq.
Mark F. Hebbeln, Esq.
Lars A. Peterson, Esq.
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
(U.S. Bank National Association)
*First Class Mail*

Mark H. Ralston, Esq.
Joseph J. McMahon, Jr., Esq.
FishmanJackson
700 Three Galleria Tower
13155 Noel Road, L.B. 13
Dallas, TX 75240
(Behringer Burnett Plaza L.P.)
*First Class Mail*

Randall A. Rios, Esq.
HughesWattersAskanase, LLP
333 Clay, 29th Floor
Houston, TX 77002
(DCP Midstream, LP)
*First Class Mail*

Brad E. Scheler, Esq.
Gary L. Kaplan, Esq.
Jennifer L. Rodburg, Esq.
Aaron S. Rothman, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(Ares Management LLC)
*First Class Mail*

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549
(Securities & Exchange Commission)
*First Class Mail*

Patricia W. Prewitt, Esq.
Law Office of Patricia Williams Prewitt
10953 Vista Lake Court
Navasota, TX 77868
(Midcontinent Express Pipeline, LLC)
*First Class Mail*

Steven J. Reisman, Esq.
James V. Drew, Esq.
Curtis, Mallet-Prevots, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061
(Wilmington Trust, National Association)
*First Class Mail*

Andrew N. Rosenberg, Esq.
Elizabeth R. McColm, Esq.
Adam M. Denhoff, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(Official Committee of Unsecured Creditors)
*First Class Mail*

Jeffrey M. Schlerf, Esq.
L. John Bird, Esq.
Fox Rothschild LLP
Citizens Bank Center
919 North Market Street, Suite 300
Wilmington, DE 19801
(JPMorgan Chase Bank, N.A.)
*Hand Delivery*

Mitchell A. Seider, Esq.
Keith A. Simon, Esq.
David A. Hammerman, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834
(Credit Suisse AG, Cayman Islands Branch)
*First Class Mail*

Chris D. Simard, Esq.
Donald E. Greenfield, Esq.
Bennett Jones LLP
4500 Bankers Hall East
855 2nd Street SW
Calgary, Alberta Canada T2P 1B5
(Quicksilver)
***First Class International***

Ellen Slights, Esq.
U.S. Department of Justice
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19801
(U.S. Department of Justice)
***Hand Delivery***

Synchrony Bank
c/o Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605
(Synchrony Bank)
***First Class Mail***

Matthew L. Warren, Esq.
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(Credit Suisse AG, Cayman Islands Branch)
***First Class Mail***

Edward P. Zujkowski, Esq.
Thomas A. Pitta, Esq.
Emmet, Marvin & Martin, LLP
120 Broadway, 32nd Floor
New York, NY 10271
(The Bank of New York Mellon Trust Company, N.A.)
***First Class Mail***

Ken Simpler
Office of the State Treasurer
820 Silver Lake Blvd., Suite 100
Dover, DE 19904
(Delaware State Treasury)
***First Class Mail***

Amanda R. Steele, Esq.
Paul N. Heath, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(Debtors)
***Hand Delivery***

Gregory A. Taylor, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899-1150
(TG Barnett Resources LP)
***Hand Delivery***

Elizabeth Weller, Esq.
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207
(Hood Cad, Tarrant County & Northwest ISD)
***First Class Mail***

Sean Zweig, Esq.
Kevin J. Zych, Esq.
Bennett Jones LLP
3400 One First Canadian Pl
P.O. Box 130
Toronto, Ontario Canada M5X 1A4
(Quicksilver)
***First Class International***